UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:16-cr-00005-RLY-MPB ) |
| FREDDIE WIGGINS, | ) -01 ) |
| Defendant. | ) ) |

**REPORT AND RECOMMENDATION**

On April 19, 2021, the Court held an Initial Appearance on a Warrant for Violation of Supervised Release. On April 27, 2021 the Court held the Final Hearing on Revocation of Supervised Release. Defendant Wiggins appeared virtually, via Zoom, and his appointed counsel Conor O'Daniel appeared in person. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Brian Deardurff.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Wiggins of his rights and provided him with a copy of the petition. Defendant Wiggins waived his right to a preliminary hearing.

    2.    The Defendant made no admission of guilt on the violation.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, recommends discharge of the petition with no finding of guilt. The Court further finds the Defendant should be continued on supervised release, with a modification of conditions that the Defendant reside in the

Volunteers of American facility in Evansville, Indiana, for up to 180 days.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have waived the 14-day objection period.

Dated: April 28, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal